In the Matter of the Estate of STANLEY WAGNER, Deceased. JAAN AARISMAA, IV, Appellant; JOHN L. WAGNER, as Executor of STANLEY A. WAGNER, Deceased, Respondent.

Submitted January 4, 2016; decided February 23, 2016

On the Court's own motion, appeal dismissed, without costs, upon the ground that no substantial constitutional question is directly involved. Motion for miscellaneous relief denied.

ABUWI M. WAHEED, Appellant, v CITY OF NEW YORK et al., Respondents.

Submitted December 7, 2015; decided February 23, 2016

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution. Motion for poor person relief dismissed as academic.

Judge ABDUS-SALAAM taking no part.